IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD MASS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01201 |
| ) | Judge Trauger |
| CORECIVIC, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On December 12, 2018, the magistrate judge issued a Report and Recommendation (DE #38), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 32) is GRANTED, and this case is DISMISSED with prejudice for failure to exhaust administrative remedies and for failure to state a cause of action. Any appeal from this ruling will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 7th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge